UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT TALLEY | CIVIL ACTION |
| VERSUS | |
| MASTEC, INC., ET AL. | 23-202-SDD-EWD |

CONSOLIDATED WITH

| | |
|---|---|
| ROBERT TALLEY | CIVIL ACTION |
| VERSUS | |
| AG QUALITY CONSTRUCTION, LLC, ET AL. | 23-284-SDD-EWD |

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated August 22, 2024, to which no objection was filed.

**ACCORDINGLY,**

**IT IS ORDERED** that the Motion for Leave to File Second Amended Complaint, filed by Plaintiff Robert Talley, is GRANTED. This matter is REMANDED to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on this 10 day of September, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 51.
[2] Rec. Doc. 64.